1  BRIAN J. STRETCH (CABN 163973)
   Acting United States Attorney
2
3  DAVID R. CALLAWAY (CABN 121782)
   Chief, Criminal Division
4  PHILIP KOPCZYNSKI (NYBN 4627741)
   Special Assistant United States Attorney
5
       450 Golden Gate Avenue, Box 36055
6      San Francisco, California 94102-3495
       Telephone: (415) 436-7200
7      Facsimile: (415) 436-7027
       philip.kopczynski@usdoj.gov
8
   Attorneys for United States of America
9

10                    UNITED STATES DISTRICT COURT

11                   NORTHERN DISTRICT OF CALIFORNIA

12                           OAKLAND DIVISION

13  UNITED STATES OF AMERICA,          )   No. 15-CR-493 JST
                                       )
14       Plaintiff,                    )   STIPULATION TO EXCLUDE TIME
                                       )   UNDER THE SPEEDY TRIAL ACT;
15       v.                            )   [PROPOSED] ORDER
                                       )
16  MARVIN DANIELS,                    )
                                       )
17       Defendant.                    )
                                       )
18

19                              **STIPULATION**

20       Plaintiff the United States of America, by and through Special Assistant United States Attorney

21  Philip Kopczynski, and defendant Marvin Daniels, by and through Assistant Federal Public Defender

22  Joyce Leavitt, hereby stipulate that, with the Court's approval, the time between January 8, 2016 and

23  February 12, 2016 is excludable under the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv), for

24  effective preparation by defense counsel. This time is excludable because defense counsel and the

25  ///

26  ///

27  ///

28  ///

STIP. TO EXCLUDE TIME; PROPOSED ORDER
NO. 15-CR-493 JST

defendant need time to review the discovery produced by the United States.

    IT IS SO STIPULATED.

Dated: January 8, 2016                      /s/
                                         PHILIP KOPCZYNSKI
                                         Special Assistant United States Attorney

Dated: January 8, 2016                      /s/
                                         JOYCE LEAVITT
                                         Assistant Federal Public Defender

## [PROPOSED] ORDER

GOOD CAUSE APPEARING, upon stipulation of the parties,

THE COURT FINDS that failing to exclude the time between January 8, 2016 and February 12, 2016 would unreasonably deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. *See* 18 U.S.C. § 3161(h)(7)(B)(iv).

THE COURT FURTHER FINDS that the ends of justice served by excluding the time between January 8, 2016 and February 12, 2016 from computation under the Speedy Trial Act outweigh the interests of the public and the defendant in a speedy trial.

THEREFORE, IT IS HEREBY ORDERED that the time between January 8, 2016 and February 12, 2016 shall be excluded from computation under the Speedy Trial Act.

IT IS SO ORDERED.

Dated: January 11, 2016                   [signature]
                                        HON. JON S. TIGAR
                                         United States District Judge