1  STEVEN KALAR
   Federal Public Defender
2  JOYCE LEAVITT
   Assistant Federal Public Defender
3  1301 Clay Street, Suite 1350N
   Oakland, CA 94612
4
   Counsel for Defendant MARVIN DANIELS
5

6                    IN THE UNITED STATES DISTRICT COURT

7                    FOR THE NORTHERN DISTRICT OF CALIFORNIA

8

9  UNITED STATES OF AMERICA,          )   No. CR 15-00493 JST
                                      )
10                    Plaintiff,      )   STIPULATION AND [PROPOSED]
                                      )   ORDER CONTINUING STATUS
11         v.                         )   DATE; EXCLUSION OF TIME
                                      )
12                                    )
                                      )
13 MARVIN DANIELS,                    )
                                      )
14                    Defendant.      )

15                              **STIPULATION**

16    IT IS HEREBY STIPULATED, by and between the parties to this action, that the status date
17
   for Marvin Daniels, currently scheduled for February 12, 2016 at 9:30 a.m., may be continued to
18
   April 1, 2016, at 9:30 a.m. for status. The request is made because defense counsel will be on leave
19
20 and unavailable on February 12, 2016. In addition, defense counsel will be out of the state towards

21 the end of February and the prosecutor is scheduled to be in trial in March such that April 1, 2016,

22 appears to be the first Oakland calendar date for which both parties are available. Furthermore,
23
   defense counsel needs additional time to review the discovery with her client and discuss his
24
   options, as well as working to negotiate a potential disposition with the prosecutor.
25
26    IT IS FURTHER STIPULATED THAT the time from February 12, 2016, to April 1, 2016,

*U S v. Marvin Daniels*; CR 15-00493 JST
Stip Re: Status & Exclusion of Time              - 1 -

should be excluded in accordance with the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(1)(A) and (h)(7)(B)(iv) for continuity of counsel and effective preparation for the reasons discussed above.

DATED: 2/3/16        _____/s/_____
JOYCE LEAVITT
Assistant Federal Public Defender

DATED: 2/3/16        _____/s/_____
PHILIP KOPCZYNSKI
Assistant United States Attorney

I hereby attest that I have permission of the parties to enter a conformed signature (/s/) for all signatures within this e-filed document.

## ORDER

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the status date for Marvin Daniels is hereby continued to April 1, 2016, at 9:30 a.m. for status.

IT IS FURTHER STIPULATED THAT the time to April 1, 2016, is hereby excluded in accordance with the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(1)(A) and (h)(7)(B)(iv) for continuity of counsel and effective preparation taking into consideration due diligence to allow defense counsel to be present at court, continue reviewing the discovery and discuss options with her client and negotiate with the prosecutor. The Court finds there is good cause and the ends of justice served by granting the continuance outweigh the interests of the public and defendant in a speedy and public trial. Failure to grant the requested continuance would unreasonably deny counsel reasonable time necessary for effective preparation, taking into account due diligence.

SO ORDERED.

DATED:  February 4, 2016        _____
HON.
United S

IT IS SO ORDERED
Judge Jon S. Tigar

*U S v. Marvin Daniels*; CR 15-00493 JST
Stip Re: Status & Exclusion of Time        - 2 -