STEVEN KALAR
Federal Public Defender
JOYCE LEAVITT
Assistant Federal Public Defender
1301 Clay Street, Suite 1350N
Oakland, CA 94612
Telephone: (510) 637-3500

Counsel for Defendant DANIELS

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>   )<br>           Plaintiff,   )<br>   )<br>   v.   )<br>   )<br>   )<br>MARVIN DANIELS,   )<br>   )<br>           Defendant.   ) | No. CR 15-00493 JST<br><br>STIPULATION AND [PROPOSED]<br>ORDER CONTINUING SENTENCING |

**STIPULATION**

IT IS HEREBY STIPULATED, by and between the parties to this action, that the sentencing date for defendant Marvin Daniels, currently scheduled for Friday, July 15, 2016, at 9:30 a.m., may be continued to September 9, 2016, at 9:30 a.m. for sentencing.  The proposed continuance would allow time for the United States Probation Officer to complete his presentence investigation, including interviewing Mr. Daniels prior to the issuance of the draft report.  In addition, defense counsel is unavailable for a couple of weeks in July and August but all parties are available on September 9, 2016, should the Court continue this matter until that date.  United States Probation Officer Charlie Mabie is available on September 9, 2016, and he joins in the request that sentencing be continued until September 9, 2016.

DATED: 7/01/16          _____/s/_____
JOYCE LEAVITT
Assistant Federal Public Defender

DATED: 7/01/16          _____/s/_____
PHILIP KOPCYZNSKI
Special Assistant United States Attorney

I hereby attest that I have permission of the parties to enter a conformed signature (/s/) for all signatures within this e-filed document.

## ORDER

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the sentencing date for defendant Marvin Daniels, currently scheduled for Friday, July 15, 2016, at 9:30 a.m., is hereby continued to September 9, 2016, at 9:30 a.m. for sentencing.

SO ORDERED.

DATED: July 5, 2016          _____
HON.
United

IT IS SO ORDERED
Judge Jon S. Tigar

*U.S. v. Daniels,* CR 15-00493; Stip Re:
Continue Sentencing          - 2 -